IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALEX SMITH JR., a man,       )
                             )
    Plaintiff,               )
                             )          CIVIL ACTION NO.
    v.                       )            2:15cv54-MHT
                             )                (WO)
WELLS FARGO BANK             )
NATIONAL ASSOCIATION,        )
                             )
    Defendant.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 17) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 16) is adopted, with the exception noted in the opinion.

(3) Plaintiff's complaint (doc. no. 1) is dismissed without prejudice.

(4) The case is referred back to the United States

Magistrate Judge to enter a recommendation on plaintiff's motion for leave to file an amended complaint (doc. no. 17).

This case is not closed.

DONE, this the 11th day of March, 2016.

                                 /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE