IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALEX SMITH JR., a man,      )<br>                             )<br>    Plaintiff,             )<br>                             )<br>    v.                       )<br>                             )<br>WELLS FARGO BANK             )<br>NATIONAL ASSOCIATION,        )<br>                             )<br>    Defendant.               ) | CIVIL ACTION NO.<br>   2:15cv54-MHT<br>       (WO) |

AMENDED JUDGMENT

In accordance with the memorandum opinion entered on March 11, 2016 (doc. no. 19), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 17) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 16) is adopted, with the exception noted in the opinion.

(3) The motion to dismiss (doc. no. 12) is granted.

(4) Plaintiff's complaint (doc. no. 1) is dismissed without prejudice.

(5) The case is referred back to the United States Magistrate Judge to enter a recommendation on plaintiff's motion for leave to file an amended complaint (doc. no. 17).

This case is not closed.

DONE, this the 21st day of March, 2016.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE