IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALEX SMITH JR., a man,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:15cv54-MHT |
| ) | (WO) |
| WELLS FARGO BANK    ) | |
| NATIONAL ASSOCIATION,    ) | |
| ) | |
| Defendant.    ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 23) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 22) is adopted.

(3) Plaintiff's motions for leave to file an amended complaint (doc. nos. 17 & 24) are denied as futile.

(4) This lawsuit is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of May, 2016.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**